IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VICTOR MANUEL RODRIGUEZ RODRIGUE

DEBTOR(S)

CASE NO.   19-02013-BKT

CHAPTER 13

**AMENDED DOCUMENT**

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 5 years

2. The liquidation value of the estate is $: 0.00

3. The general unsecured pool is $: 0

AMENDED PLAN DATE:  June 21, 2019          PLAN BASE: $23,400.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/12/2019

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

   1) $600.00 in arrears under proposed plan; Equivalent to four (4) installments. 2) ASUME filed motion to dismiss alleging that debtor has failed to make current DSO post-petition payments owing $1,110.00.

2. [X] DOMESTIC SUPPORT OBLIGATION:

   • Post-petition payments § 1325(a)(8): Debtor has (1) DSO account(s): $ 275.00 monthly. Per Bankruptcy Code, as of the confirmation hearing date, he must file evidence with the court of being current in the DSO payments that became due post-petition.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty:  ENRIQUE ALMEIDA*

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG