**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

**VICTOR MANUEL RODRIGUE RODRIGUEZ
xxx-xx-1747**

*Debtor*

Case No. **19-02013 BKT**

CHAPTER 13

**DEBTOR'S COUNSEL'S POSITION WITH REGARDS TO
ASUME'S MOTION TO DISMISS FILED AT DOCKET #29**

**TO THE HONORABLE BANKRUPTCY COURT**:

COME NOW Debtor's counsel, and very respectfully states and pray as follows:

1. On **April 11, 2019,** Debtor filed a Voluntary Petition for relief under Chapter **13** of the Bankruptcy Code.

2. On August 26, 2019, ASUME filed a Motion to Dismiss alleging debtor's failure to make post-petition domestic support obligation payments. ***See Docket #29.***

3. After such filing, the undersigned's office personnel mailed a communication to the Debtor regarding the pending motion. Although the debtor appeared at the undersigned's office at some point, he did not put the undersigned in a position to adequately respond the pending motion to dismiss regarding post-petition DSO payments.

4. Therefore, the Debtor has failed to put the undersigned in position to present the arguments for an appropriate Response to the Motion to Dismiss.

**WHEREFORE,** it is respectfully prayed from this Honorable Court to take notice of the above and to enter any applicable remedy in law and/or equity.

**NOTICE**
Within fourteen **(14) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

*Rev. 5/16/13*

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all CM/ECF participants including the US Trustee, and the Chapter **13** Trustee.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this **September 25, 2019**.

ALMEIDA + DÁVILA PSC
PO Box 191757
San Juan, PR 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

**/S/ ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

*Rev. 5/16/13*